UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JARED AND ARIEL EATON,<br><br>Plaintiffs,<br><br>v.<br><br>PETERSON ENTERPRISES, INC., D.B.A. VALLEY EMPIRE COLLECTION,<br><br>Defendant. | No. 4:17-CV-0312-JTR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

**BEFORE THE COURT** is the parties' July 2, 2018, stipulated request for the dismissal, with prejudice, of Plaintiffs' complaint against Defendant Peterson Enterprises, Inc., D.B.A. Valley Empire Collection. ECF No. 19.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 19**, is **GRANTED**.

2. Plaintiffs' complaint against Defendant Peterson Enterprises, Inc., D.B.A. Valley Empire Collection is **DISMISSED with prejudice**.

3. The parties shall bear their own fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel for Plaintiffs and Defendant, and **CLOSE THE FILE**.

DATED July 3, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1